**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

PARK NATIONAL CORPORATION, VISION-PARK PROPERTIES, LLC, and SE PROPERTY HOLDINGS, LLC,

Plaintiffs,

v.

LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR MOUGEY, P.A., et al.,

Defendants.

**Case No. 2:26-cv-00965-SDM-KAJ**

Chief Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

**NOTICE OF APPEARANCE**

Please take notice that David J. Butler and David C. Roper of Taft Stettinius & Hollister LLP hereby enters their appearance as additional counsel for Defendants Levin Papantonio Proctor Buchanan O'Brien Barr Mougey, P.A., Brian H. Barr, Brandon Bogle, and Wesley Bowden in this action. This appearance is in addition to, and does not withdraw or substitute for, any counsel currently of record.

Pursuant to S.D. Ohio Civ. R. 83.4(a), David J. Butler is designated as Trial Attorney for Defendants. All notices, pleadings, orders, correspondence, and other communications concerning this action should be directed to counsel at the address below and through the Court's CM/ECF system.

*Respectfully submitted,*

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ David J. Butler*
David J. Butler (0068455)(Trial Attorney)
David C. Roper (0099782)
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
Email: dbutler@taftlaw.com

droper@taftlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ David J. Butler*
David J. Butler