**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

PARK NATIONAL CORPORATION,
VISION-PARK PROPERTIES, LLC, and
SE PROPERTY HOLDINGS, LLC,

Plaintiffs,

v.

LEVIN PAPANTONIO PROCTOR
BUCHANAN O'BRIEN BARR
MOUGEY, P.A., et al.,

Defendants.

**Case No. 2:26-cv-00965-SDM-KAJ**

Chief Judge Sarah D. Morrison

Magistrate Judge Kimberly A. Jolson

**AGREED MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE AND RELATED RULE 26(f) REPORT DEADLINE**

Defendants Levin Papantonio Proctor Buchanan O'Brien Barr Mougey, P.A., Brian H. Barr, Brandon Bogle, and Wesley Bowden (collectively, "Defendants"), with the agreement and consent of Plaintiffs Park National Corporation, Vision-Park Properties, LLC, and SE Property Holdings, LLC (collectively, "Plaintiffs"), respectfully move the Court to continue the preliminary pretrial conference presently set for October 15, 2026, by two weeks, to October 29, 2026, or to the next date thereafter convenient for the Court. Defendants also request that the deadline for the parties' Rule 26(f) Report be extended correspondingly to seven days before the rescheduled conference.

The grounds for this motion are addressed further in the following Memorandum in Support.

*Respectfully submitted,*

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ David J. Butler*
David J. Butler (0068455)(Trial Attorney)
David C. Roper (0099782)
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
Telephone: (614) 221-2838

Facsimile: (614) 221-2007
Email: dbutler@taftlaw.com
droper@taftlaw.com

William F. Cash III
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen Street #600
Pensacola, Florida 32502
Telephone: (850)435-7059
Email: bcash@levinlaw.om

*Counsel for Defendants*

**MEMORANDUM IN SUPPORT**

The Court has scheduled a preliminary pretrial conference for October 15, 2026. ECF No. 17. Defendants' responsive pleading deadline is October 13, 2026, based on their waivers of service. Taft Stettinius & Hollister LLP was recently retained to represent Defendants and is reviewing the allegations, the underlying litigation record, and the issues that will affect the parties' proposed discovery plan and case schedule.

Counsel have conferred regarding the preliminary pretrial conference and the Rule 26(f) Report. The parties agree that a two-week continuance will allow recently retained defense counsel to become familiar with the case and will give all parties sufficient time to confer meaningfully concerning discovery, electronically stored information, privilege issues, proposed deadlines, and other matters required by Rule 26(f).

Good cause supports this limited request. Taft Stettinius & Hollister LLP was recently retained to represent Defendants and requires a reasonable period to review the pleadings and record, confer with Defendants and existing counsel, and become sufficiently familiar with the factual and legal issues to participate meaningfully in case planning. The requested two-week continuance also will permit counsel for all parties additional time to conduct substantive discussions under Federal Rule of Civil Procedure 26(f), prepare a complete joint discovery plan, and submit a useful Rule 26(f) Report to the Court.

Counsel for Defendants consulted with counsel for Plaintiffs before filing this motion, as required by S.D. Ohio Civ. R. 7.3(a). Plaintiffs consent to the requested continuance and corresponding adjustment of the Rule 26(f) Report deadline. The request is made in good faith, is limited to two weeks, and is not sought for purposes of delay. The additional time will allow the parties to address the discovery plan and proposed schedule in a more informed and efficient manner.

The parties therefore request that the preliminary pretrial conference be continued from October 15, 2026, to October 29, 2026, or to the next date thereafter convenient for the Court, and that the Rule 26(f) Report be due seven days before the rescheduled conference.

For these reasons, the Court should grant the Agreed Motion, continue the preliminary pretrial conference by two weeks, and correspondingly extend the deadline for the parties' Rule 26(f) Report.

*Respectfully submitted,*

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ David J. Butler*
David J. Butler (0068455)(Trial Attorney)
David C. Roper (0099782)
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
Email: dbutler@taftlaw.com
droper@taftlaw.com

William F. Cash III
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen Street #600
Pensacola, Florida 32502
Telephone: (850)435-7059
Email: bcash@levinlaw.om

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ David J. Butler*
David J. Butler