**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PARK NATIONAL CORPORATION, VISION-PARK PROPERTIES, LLC, and SE PROPERTY HOLDINGS, LLC,**

Plaintiffs,

v.

**LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR MOUGEY, P.A., et al.,**

Defendants.

Case No. 2:26-cv-00965-SDM-KAJ

Chief Judge Sarah D. Morrison

Magistrate Judge Kimberly A. Jolson

**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**

Pursuant to S.D. Ohio Civ. R. 6.1, Plaintiffs Park National Corporation, Vision-Park Properties, LLC, and SE Property Holdings, LLC (collectively, "Plaintiffs"), and Defendants Levin Papantonio Proctor Buchanan O'Brien Barr Mougey, P.A., Brian H. Barr, Brandon Bogle, and Wesley Bowden (collectively, "Defendants"), by and through their undersigned counsel, stipulate that Defendants' deadline to answer, move, or otherwise respond to Plaintiffs' Complaint is extended by three days, from October 13, 2026, through and including October 16, 2026.

This is Defendants' first stipulated extension of time to move or plead in this action. The parties have agreed to this short extension because Defendants are located in Pensacola, Florida, where an approaching hurricane has disrupted operations and diverted their immediate attention to personal safety, property protection, and storm preparations. The aggregate time extended to Defendants by stipulation, including the extension reflected in this Stipulation, is three days and therefore does not exceed the twenty-one-day limit established by S.D. Ohio Civ. R. 6.1(a).

No other deadline is modified by this Stipulation.

**STIPULATED AND AGREED:**

**ICE MILLER LLP**

/s/ Richard M. Gaal
Aneca E. Lasley
250 West Street, Suite 700
Columbus, Ohio 43215
Telephone: (614) 462-1085
Email: aneca.lasley@icemiller.com

J. Alexander Steadman *(Pro hac vice)*
Richard M. Gaal *(Pro hac vice)*
JONES
11 North Water LLP
Mobile, AL 36602
Telephone (251) 439-7526
Email: asteadman@joneswalker.com
rgaal@joneswalker.com

*Counsel for Plaintiffs*

**TAFT STETTINIUS & HOLLISTER LLP**

/s/ David J. Butler
David J. Butler (0068455)—Trial Attorney
David C. Roper (0099782)
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
Email: dbutler@taftlaw.com
droper@taftlaw.com

William F. Cash III
LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN, BARR &
MOUGEY, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7059
Email: bcash@levinlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ David J. Butler*
David J. Butler