**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PARK NATIONAL CORPORATION,**
**VISION-PARK PROPERTIES, LLC, and**
**SE PROPERTY HOLDINGS, LLC,**

**Plaintiffs,**

**v.**

**Civil Action 2:26-cv-965**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**LEVIN PAPANTONIO PROCTOR**
**BUCHANAN O'BRIEN BARR**
**MOUGEY, P.A., et al.,**

**Defendants.**

**DEFICIENCY ORDER**

Before the Court is Defendants' Notice of Appearance. (Doc. 18). In it, Attorney David J. Butler and David C. Roper provide notice of their appearance as additional counsel for Defendants and designation of Attorney Butler as Trial Attorney. However, the notice designating Attorney Butler as Trial Attorney is insufficient. Attorney William F. Cash, III is the current Trial Attorney. The Local Rules provide when attorneys are not from the same firm or governmental agency, an attorney must obtain leave of Court to withdraw or substitute. S.D. Ohio Civ. R. 83.4(b) (also stating written notice to the client and all counsel is required).

As told by the docket, Attorney Cash and Attorney Butler are not from the same firm or governmental agency. Therefore, a withdrawal or substitution requires leave of Court. If Defendants wish for Attorney Butler to be Trial Attorney, they should file the appropriate motion which should be signed by the current Trial Attorney. Accordingly, Attorney Butler is **ORDERED** to file the appropriate motion within seven (7) days.

IT IS SO ORDERED.

Date: October 8, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE