IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PARK NATIONAL CORPORATION, VISION-PARK PROPERTIES, LLC, and SE PROPERTY HOLDINGS, LLC, | Civil Action No: 2:26-cv-00965-SDM-KAJ |
| *Plaintiffs,* | Chief Judge Sarah D. Morrison |
| *v.* | |
| LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR MOUGEY, P.A.; BRIAN H. BARR; BRANDON BOGLE; and WESLEY BOWDEN, | Magistrate Judge Kimberly A. Jolson |
| *Defendants.* | |

**DEFENDANTS' MOTION FOR LEAVE TO SUBSTITUTE TRIAL ATTORNEY**

Defendants Levin Papantonio Proctor Buchanan O'Brien Barr Mougey, P.A., Brian H. Barr, Brandon Bogle, and Wesley Bowden (collectively, "Defendants"), respectfully move pursuant to S.D. Ohio Civ. R. 83.4 for leave to substitute David J. Butler of Taft Stettinius & Hollister LLP as Defendants' designated Trial Attorney in place of William F. Cash III.

The requested substitution follows Taft Stettinius & Hollister LLP's retention as additional counsel for Defendants and the appearance of Mr. Butler and David C. Roper in this action. Mr. Butler is a permanent member in good standing of the bar of this Court and is qualified to serve as Trial Attorney under S.D. Ohio Civ. R. 83.4(a). Mr. Cash will remain counsel of record for Defendants but will no longer serve as their designated Trial Attorney.

As required by S.D. Ohio Civ. R. 83.4(b), Defendants, Mr. Cash, and all counsel of record have received written notice of the requested substitution. Defendants and Mr. Cash consent to the substitution.

The grounds for this motion are addressed further in the following Memorandum in Support.

Respectfully submitted,

/s/ David J. Butler
David J. Butler (0068455)
David C. Roper (0099782)
TAFT STETTINIUS & HOLLISTER LLP
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
dbutler@taftlaw.com
droper@taftlaw.com

/s/ William F. Cash III
William F. Cash III (0084482)
(Current Trial Attorney)
LEVIN PAPANTONIO PROCTOR
BUCHANAN O'BRIEN BARR
MOUGEY, P.A.
316 S. Baylen Street #600
Pensacola, Florida 32502
Telephone: (850) 435-7059
bcash@levinlaw.com

Counsel for Defendants

**MEMORANDUM IN SUPPORT**

On October 8, 2026, the Court entered a Deficiency Order concerning Defendants' Notice of Appearance. ECF No. 22. The Court explained that Mr. Cash is presently Defendants' designated Trial Attorney and that because Mr. Cash and Mr. Butler are not attorneys from the same firm, substitution requires leave of Court under S.D. Ohio Civ. R. 83.4(b). The Court directed Defendants to file an appropriate motion, signed by the current Trial Attorney, within seven days. This motion is submitted in compliance with that Order.

Local Rule 83.4(a) requires a represented party to designate as Trial Attorney a permanent member in good standing of this Court's bar. The Trial Attorney must sign filings and attend hearings, conferences, and trial unless excused. Mr. Butler is a permanent member in good standing of this Court's bar and is prepared to undertake those responsibilities.

Local Rule 83.4(b) further provides that, when the affected attorneys are not from the same firm or governmental agency, substitution requires written notice to the client, all counsel—including the attorney being replaced—and any unrepresented parties, together with leave of Court. Those requirements have been satisfied. Defendants have received written notice and consent to Mr. Butler's designation. Mr. Cash, as the current Trial Attorney, signs this motion with Mr. Butler and consents to the substitution. All counsel of record have received written notice with this filing.

The requested substitution is limited to the designation of Trial Attorney. Mr. Cash will remain counsel of record for Defendants. The substitution will not delay the litigation, alter any deadline, or prejudice any party. It will instead align the formal Trial Attorney designation with the counsel now responsible for coordinating Defendants' representation in this Court.

For these reasons, Defendants respectfully request that the Court designate David J. Butler as Defendants' Trial Attorney in place of William F. Cash III.

Respectfully submitted,

/s/ David J. Butler
David J. Butler (0068455)
David C. Roper (0099782)
TAFT STETTINIUS & HOLLISTER LLP
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
dbutler@taftlaw.com
droper@taftlaw.com

/s/ William F. Cash III
William F. Cash III (0084482)
(Current Trial Attorney)
LEVIN PAPANTONIO PROCTOR
BUCHANAN O'BRIEN BARR
MOUGEY, P.A.
316 S. Baylen Street #600
Pensacola, Florida 32502
Telephone: (850) 435-7059
bcash@levinlaw.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on October 15, 2026, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ David J. Butler
David J. Butler

304959400