**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PARK NATIONAL CORPORATION,**
**VISION-PARK PROPERTIES, LLC, and**
**SE PROPERTY HOLDINGS, LLC,**

**Plaintiffs,**

**v.**

**Civil Action 2:26-cv-965**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**LEVIN PAPANTONIO PROCTOR**
**BUCHANAN O'BRIEN BARR**
**MOUGEY, P.A., et al.,**

**Defendants.**

**ORDER**

Before the Court is Defendants' Motion to Substitute Counsel. (Doc. 23). In it, Attorney David J. Butler seeks to file his designation as Trial Attorney for Defendants in substitution for Attorneys William F. Cash III. (*Id.*). For good cause shown, and in compliance with the Local Rules, the Motion is **GRANTED**. The Clerk is **DIRECTED** to update the docket accordingly.

IT IS SO ORDERED.

Date: October 16, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE