**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICTD OF OHIO**
**EASTERN DIVISION**

PARK NATIONAL CORPORATION,
VISION-PARK PROPERTIES, LLC, and
SE PROPERTY HOLDINGS, LLC,

*Plaintiffs,*

*v.*

LEVIN PAPANTONIO PROCTOR
BUCHANAN O'BRIEN BARR MOUGEY,
P.A.; BRIAN H. BARR; BRANDON BOGLE;
and WESLEY BOWDEN,

*Defendants.*

Civil Action No: 2:26-cv-00965-SDM-KAJ

Chief Judge Sarah D. Morrison

Magistrate Judge Kimberly A. Jolson

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), David J. Butler, trial attorney for Defendants Levin Papantonio Proctor Buchanan O'Brien Barr Mougey, P.A., Brian H. Barr, Brandon Bogle, and Wesley Bowden, in the above-referenced action, hereby moves the court to admit John M. Degnan, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendants.

Movant represents that John M. Degnan is a member of good standing of the highest court of Minnesota as attested by the accompanying certificate from that court and that John M. Degnan is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee. John M. Degnan's relevant identifying information is as follows:

Address: Taft Stettinius & Hollister LLP
80 South Eighth Street
Suite 2200
Minneapolis, MN 55402
Telephone: 612.977.8400
Fax: 612.977.8650
Email address: jdegnan@taftlaw.com

Dated: October 16, 2026

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ David J. Butler*

David J. Butler (0068455) (Trial Attorney)
41 S. High Street, Suite 1800
Columbus, OH 43215
Telephone: (614) 221-2838
dbutler@taftlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David J. Butler*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

JOHN M DEGNAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

April 22, 1976

Given under my hand and seal of this court on

October 05, 2026

Emily J. Eschweiler, Director
Office of Lawyer Registration