**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICTD OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| PARK NATIONAL CORPORATION, VISION-PARK PROPERTIES, LLC, and SE PROPERTY HOLDINGS, LLC,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR MOUGEY, P.A.; BRIAN H. BARR; BRANDON BOGLE; and WESLEY BOWDEN,<br><br>*Defendants.* | Civil Action No: 2:26-cv-00965-SDM-KAJ<br><br>Chief Judge Sarah D. Morrison<br><br>Magistrate Judge Kimberly A. Jolson |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), David J. Butler, trial attorney for Defendants Levin Papantonio Proctor Buchanan O'Brien Barr Mougey, P.A., Brian H. Barr, Brandon Bogle, and Wesley Bowden, in the above-referenced action, hereby moves the court to admit Jason R. Asmus, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendants.

Movant represents that Jason R. Asmus is a member of good standing of the highest court of Minnesota as attested by the accompanying certificate from that court and that Jason R. Asmus is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee. Jason R. Asmus's relevant identifying information is as follows:

| | |
|---|---|
| Address: | Taft Stettinius & Hollister LLP<br>80 South Eighth Street<br>Suite 2200<br>Minneapolis, MN 55402 |
| Telephone: | 612.977.8400 |
| Fax: | 612.977.8650 |
| Email address: | jasmus@taftlaw.com |

Dated: October 16, 2026

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ David J. Butler*
David J. Butler (0068455) (Trial Attorney)
41 S. High Street, Suite 1800
Columbus, OH 43215
Telephone: (614) 221-2838
dbutler@taftlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David J. Butler*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

JASON ROBERT ASMUS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 2002

Given under my hand and seal of this court on

October 05, 2026

Emily J. Eschweiler, Director
Office of Lawyer Registration