**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION (COLUMBUS)**

| | | |
|---|---|---|
| Park National Corporation, et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:26-cv-965 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| Levin Papantonio Proctor Buchanan O'Brien Barr Mougey, P.A., et al., | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendants | : | |

**NOTICE OF APPEARANCE**

Please take notice that Logan Householder of the law firm of Ice Miller LLP, 250 West Street, Suite 700, Columbus, Ohio 43215 hereby enters his appearance as co-counsel of record for Plaintiffs Park National Corporation, Vision Park Properties, LLC, and SE Property Holdings, LLC, as successor by merger with Vision Bank (collectively "Plaintiffs") in the above-referenced matter. Please include Attorney Householder on all notices and filings.

Respectfully submitted,

/s/ *Logan Householder*
Aneca E. Lasley, Trial Attorney (0072366)
Logan Householder (0103839)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, OH 43215
T: (614) 462-1085
F: (614) 462-5135
Aneca.Lasley@icemiller.com
Logan.Householder@icemiller.com

-and-

Richard M. Gaal (pro hac motion forthcoming)
J. Alexander Steadman (pro hac motion forthcoming)
**JONES WALKER LLP**

11 N. Water St., Suite 1200
Mobile, AL 36602
T: (251) 432-1414
F: (251) 433-4106
rgaal@joneswalker.com
asteadman@joneswalker.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ *Logan Householder*
Logan Householder (0103839)