IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| Park National Corporation, et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:26-cv-965 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr, & Mougey, P.A., et al., | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendants | : | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES TO RESPOND TO MOTION TO DISMISS AND TO AMEND COMPLAINT AS A MATTER OF COURSE**

This matter is before the Court on Plaintiffs' Unopposed Motion to Extend Deadlines to Respond to Motion to Dismiss and to Amend Complaint as a Matter of Course. For good cause shown, the Motion is **GRANTED**.

Plaintiffs shall have until **November 20, 2026** to respond to Defendants' Motion to Dismiss (ECF No. 25) and/or to amend their Complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1).

Defendants shall have until **December 15, 2026** to file any reply in support of their Motion to Dismiss.

**IT IS SO ORDERED.**

Date: October 29, 2026

KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE